[Type here]

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

12/16        20 14
Roberta D. Tabora, Clerk
By _____
Deputy Clerk

3:14 cv 1877 (VLB)

JEFFERY GALLAHER, *Plaintiff, A Natural Person*
28 WESTOVER ROAD
STAMFORD, CONNECTICUT 06902
(203)524-1467

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jeffery Gallaher and Rosa Gallaher | ) CASE NO: |
| *Plaintiff(s)* | ) VERIFIED COMPLAINT FOR ) DAMAGES |
| *vs.* | ) |
| US BANK NATIONAL ASSOCIATION, WELLS FARGO BANK and AMERICAN SERVICING COMPANY; | ) **JURY TRIAL DEMANDED** |
| *Defendant* (s) | ) |

**COMES NOW,** the Plaintiff(s) Jeffery Gallaher and Rosa Gallaher complaining of the defendant(s) and each of them as follows;

## INTRODUCTION

**1.** This is an action brought by the Plaintiffs for violation of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et seq., (unfair, deceptive and abusive practices); the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 et. seq., (deliberate, inaccurate reporting and defamation of character); the Connecticut Unfair Trade Practices Act (CUTPA) CGS sec. 42-110 et seq., (Unconscionable and deceptive trade practices); The Connecticut FDCPA CGS sec. 36a-800 to 810.

[Type here]

[Type here]

## THE PARTIES

**2.**   Plaintiff(s) JEFFERY GALLAHER is now and at all times relevant to this action    a consumer as that term is defined within 15 USC §1692a (3). Principal residence        and primary subject of this action is located at 28 Westover Road Stamford, Connecticut.

**3.** Defendant US BANK NATIONAL ASSOCIATION AS TRUSTEE, (USBNA), is a banking corporation duly organized and existing under by virtue of the laws of the State of Ohio. It has a principle place of business located at 425 Walnut Street Cincinnati, Ohio 45202.  Defendant USBNA is a debt collector, as that term is defined within 15 USC§1692a(6).

**4.** Defendant WELLS FARGO COMPANY is a banking corporation duly organized and existing under by virtue of the laws of the State of California. It has a principle place of business located at 420 Montgomery Street San Francisco, CA 94104.  Defendant WELLS FARGO COMPANY is a debt collector, as that term is defined within 15 USC§1692a(6).

**5.** Defendant AMERICAN SERVICING COMPANY, (ASC), is a division of WELLS FARGO COMPANY that services loans for other investors under the ASC name. The company duly organized and existing under by virtue of the laws of the State of Iowa. It has a principle place of business located at (1) Home Campus Des Moines, Iowa 50328. Defendant ASC is a debt collector, as that term is defined by 15 USC§1692a(6).

[Type here]

[Type here]

## JURISDICTION AND VENUE

**6.** The US District Court OF Connecticut has jurisdiction pursuant to 15 USC §1692k(d), and 15 USC §1681p, and the court has concurrent jurisdiction over Plaintiff's tort state claims. Venue is proper as the occurrences which give rise to this action took place within the state of Connecticut. Therefore venue is proper in the US District Court of Connecticut.

## BACKGROUND AND NATURE OF THE CASE

**7.** Plaintiff brings this action regarding the Defendant(s) and their continued efforts to masquerade as a bona-fide creditor in order to illegally collect an alleged debt claimed to be owed. On January 27, 2010 Defendant USBNA and their accomplices/agents, (i.e. WELLS FARGO and ASC), began the prosecution of a foreclosure. Their complaint makes numerous claims regarding an alleged loan, mortgage and or a Deed of Trust, but consequently, Plaintiff is without specific knowledge and evidence that supports Defendants' claims and allegations. On July 5th, 2013 in a filed Motion to Substitute Party Plaintiff, Defendants offered to the court an assignment received purchased or found in default as evidence of sufficient grounds to support an action.{Alleged debt in default on or about October 20th, 2009; and assigned by MERS April 24th, 20012}(See Exhibit A)

**8.** Through a myriad of presumptions, hearsay documents, deceit, concealment and misleading representation of the character, amount, and legal status of the alleged unsubstantiated debt; Defendants intentionally and wantonly conspired to inflict

[Type here]

[Type here]

immeasurable injury and suffering to Plaintiff(s).  With reckless indifference to private rights, prohibitions imposed by the FDCPA, FCRA and other related laws designed to protect the consumer from unfair and abusive practices; Defendants conspired and illegally procured a judgment for Strict Foreclosure on December 16, 2013 and seized title of property located at 28 Westover Road Stamford, Connecticut on March 13, 20014. Defendants also conspired and illegally filed a Motion For Deficiency Judgment to extort additional monies, fees and cost that according to state and federal law their not entitled to on April 7, 2014. CGS Sec.36a-805a(13), 15 USC 1692f(1)

**9.**  The above detailed conduct/actions perpetrated by the defendants has more to do with their purposeful deception and misrepresentation of the legal status of the alleged debt opposed to any legitimacy of their claims.  Pursuant to 15 USC 1692a(4/6) defendant USBNA as well as their accomplices/agents are ***Debt Collectors***, and being identified as such, they are subject to the stipulated rules, regulations and guidelines of the FDCPA and other related consumer protection laws.   These laws govern the debt collector's conduct in regards to their interactions with the consumer; the purpose being to eliminate unfair and abusive debt collection practices by debt collectors

**10.** On January 29th 2014 in response to Defendants claims and subsequent judgment, a notice of dispute pursuant to 15 USC 1692g(b) requesting validation and verification of the alleged debt was mailed to the Defendants and filed into Stamford Superior Court. Within the dispute Plaintiff asked for the identity of the true owner (if any) of the alleged debt, the amount due or owing, all signatures appearing on the unauthenticated hearsay documents and the Defendant's alleged authority and capacity to collect and or sue on behalf of the same. (See Exhibit B)

[Type here]

[Type here]

**11.** When a collection agency cannot verify a debt, the statutes allow the debt collector to cease all collection activities at that point without incurring any liability for the mistake. Defendants have yet to respond by providing Plaintiff with validation and or proof of claim but continued with their collection activities. Plaintiff alleges that this blatant behavior constitutes yet another violation intentionally committed to deceive and conceal the underlying legal status of the alleged debt.

<div align="center">

**FIRST CAUSE OF ACTION**

**VIOLATION OF:  FDCPA 15 USC 1692 et seq. , CT FDCPA CGS sec. 36a 800-810, CGS 42-110 et seq.**

</div>

**12**.   Paragraphs 1-11 are re-alleged as though fully set out herein.

**13.** Plaintiff alleges that the questionable judgment of Strict Foreclosure gifted to defendant USBNA on December 16, 2013 is void due to it being procured by misrepresentation, subterfuge, abusive and unfair practices, concealment, and furnishing of certain deceptive forms.  The FDCPA states in part that it is unlawful to design, compile and furnish any form knowing that such form would be used in an attempt to collect a debt such consumer allegedly owes such creditor, <u>when in fact such person is not so participating.</u>15 USC 1692j(a).  Through avenues of collusion and artifice defendant USBNA and affiliated agents *dissembled* their principal and true identity as debt collectors in order to falsely represent the character, amount, and legal status of the alleged unsubstantiated debt. (See Exhibit C) Although continuing to masquerade as a bona-fide creditor, defendant USBNA presently remains unable to provide the court with adequate subject

matter jurisdiction; and if a court lacks jurisdiction it has no ability to afford any relief, especially to those not entitled to it.

**14.** The FDCPA, a strict liability federal law (without mens rea),  provides rules (laws), regulations and guidelines for debt collectors to insure that the consumer is protected from ever increasing unfair and deceptive practices in regards to the collection of debts allegedly owed. So even at a consumer's most unsophisticated moment, debt collectors are required by law to maintain the prescribed level of appropriate behavior or be subject to the consequence(s) associated with the particular violation(s). In its twofold purpose of adequate regulations for sufficient protection, the FDCPA provides debt collectors with rules to be adhered to and followed, but for the consumer the same rules provide a private right of action to enforce compliance and or to redress personal injury

**15.** Plaintiff is and at all times relevant to this action a consumer 15USC 1692a(3), CGS 36a-645(1); and within the contextual range and scope of the FDCPA, a consumer can only be contractually obligated to a creditor, but never to a debt collector. It is only a creditor who can *offer* or extend credit creating a debt and or *covenant* between the only (2) real parties of interest. The FDCPA unequivocally does not authorize nor promote the notion of a debt collector being able to exercise a private right of action that is exclusive only to bona-fide creditors, (foreclosure). Debt collectors are only authorized by law to follow the prescribed and stipulated rules in regards to the collections of debts allegedly owed.  Excluding the exceptions provided at 15 USC 1692a(6 A-F), debt collectors are barred and prohibited from bringing  suite and or any legal action to any court 15 USC 1692i(b), CGS 36a-805a(3). Exceptions given in 15 USC 1692a(6A-F) does not

[Type here]

apply to defendant and or affiliated agents, they are in possession of an assignment received purchased or found in default and are properly identified as debt collectors/consumer collection agencies under the well-established state and federal consumer protection laws. CGS Sec 36a-800(1), 15 USC 1692a(6F)

**16.** Defendant USBNA, is <u>not</u> a creditor, lender or mortgagee. Located at 15USC 1692a(4), the term creditor is defined as any person who offers or extend credit creating a debt or to whom a debt is owed, <u>but such term does not include any person to the extent that he receives an assignment or transfer of a debt in default solely for the purpose of facilitating collection of such debt for another.</u>

**17.** USBNA has never offered or extended credit to the defendant, but instead, is the holder of an assignment received purchased or found well after alleged debt was in default. {Alleged debt in default on or about October 20, 2009; assigned by Mers. April 24th 2012).   (See Exhibit A)

**18.** The CT FDCPA, in its definition of a consumer collection agency defines this type of illegitimate, unenforceable, and powerless assignment as a Pretended Assignment of Accounts. Located at CGS 36a-800(1) it reads in part, <u>a consumer collection agency, includes any person who by any device or subterfuge or pretense makes a pretended purchase or takes a pretended assignment of accounts from any person or municipality or such indebtedness for the purpose of evading the provisions of section 36a-800 to 810, inclusive.</u>

**19.** As holder of an assignment received purchased or found after the alleged debt was in default, defendant USBNA has absolutely no equitable and or legal rights to

[Type here]

the possession of property claimed as collateral through an enforceable security interest. The pretended assignment of accounts only represents the Defendants' pretended security interest. Furthermore, regardless of what or who USBNA perceived themselves to be before they received purchased or found this particular defected assignment; pursuant to the state and federal FDCPA, USBNA is definitively and accurately identified as a debt collector/ consumer collection agency upon receipt of such document.

**20.** Therefore, pursuant to 15 USC 1692k and CGS sec. 42-110g, the Plaintiff seeks damages for statutory violations as well as actual damages for substantial injuries incurred. Defendant's frequent and persistent willful non-compliance with state and federal consumer protection laws, along with their intentional infliction of psychological trauma directly contributed to Plaintiff(s) suffering from insomnia, sleep deprivation, excessive anxiety and fear, depression embarrassment, marital instability, employment instability, withdraw and isolation.
Plaintiff also seeks at the courts discretion; punitive damages, declaratory and injunctive relief, cost of suite and reasonable attorneys fees. Violation(s) include, but are not limited to the following:

   a. 15 USC 1692d(4)  Subject property was advertised for sale on several real state web sites.

   b. 15 USC 1692e(2,3,4,5,6,8,10,12,) False and misleading representation.

   c. 15 USC 1692f(1) All alleged amounts claimed to be due or owing by the Defendants are erroneous and unsubstantiated.

   d. 15 USC 1692g(b) Defendants refused to validate the alleged debt upon notice of dispute from Plaintiff but continued with their collection efforts.

[Type here]

e. 15 USC 1692i(b) Debt collectors are not authorized to bring legal actions
in any court.

f. 15 USC 1692j(a,b) Furnishing certain deceptive forms. Defendants are *debt collectors* NOT *creditors*

g. CGS Sec. 42-10b Unfair and deceptive practices. Includes all FDCPA violations for unfair and deceptive acts.

h. CGS Sec. 36a-805a(3) Defendant, a consumer collection agency, is prohibited from instituting suit in any court with a pretended assignment of accounts received for purposes of collection.

i. CGS Sec. 36a-805a(6) USBNA and affiliated agents are disallowed from soliciting claims from ambiguous and or deceptive contracts (pretended assignments of accounts).

j. CGS Sec. 36a-805a(13) Defendants are prohibited from adding any charge or fee to the amount of any claim which it receives for collection or knowingly accept any claim in which a charge or fee is already added unless the consumer is legally liable.

## SECOND CAUSE OF ACTION
## VIOLATION OF 15 U.S.C. §1681i FAIR CREDIT REPORTING ACT

**21.** Paragraphs 1-20 are re-alleged as though fully set out herein.

**22.** Plaintiff is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

[Type here]

[Type here]

**23.** On or about January 30th, 2014 the Plaintiff obtained his consumer credit report

from the three (3) major reporting credit bureaus; ( Equifax, Experian, Transunion), and discovered defendants ASC and WELLS FARGO COMPANY had reported an alleged unsubstantiated debt to all three credit reporting agencies.

**24.** Plaintiff, on or about January 30th, 2014 immediately filed disputes with the credit agencies pursuant to 15 USC 1681, the FCRA.  On or about February 28th, 2014 (30 days later) the three major credit reporting agencies after conducting an investigation with the credit furnisher, ASC and WELLS FARGO COMPANY determined that the alleged debt was valid and owed by Plaintiffs. (See  Exhibit D")

.

**25.** Defendants ASC and WELLS FARGO COMPANY are "credit furnishers" within the meaning of the 15 U.S.C. §1681a(c). 15 USC§1681s-2(a) prohibits furnishers from reporting inaccurate or erroneous information about consumers. As such, it placed an affirmative duty on furnishers to correct and update information which they know, or reasonably should know, is inaccurate.  The subsection requires furnishers to flag or otherwise provide notice to credit reporting agencies of any "dispute" by a consumer related to his or her credit information or history,  FCRA, 15 USC§1681s-2(a)(1)-(3).  Plaintiffs consumer credit report is a consumer report within the meaning of 15 U.S.C. §1681a (d).

[Type here]

[Type here]

**26**. The FCRA, 15 U.S.C. 1681s-2(b) has obligations regarding credit furnishers to investigate consumers disputes. Subsection 1681s-2(b) specifies a second set of obligations on a furnisher. These obligations are triggered once a credit reporting agency (CRA) notifies the furnisher that it has received a "notice of dispute" from the consumer pursuant to 15 U.S.C. § 1681s-2(a)(2). After the disputes are received by a CRA from a consumer, it, in turn, is required under § 1681i of the FCRA to forward a consumer dispute verification (CDV) form to the furnisher, requiring it to verify the credit information and investigate its accuracy. After receiving notice of such a dispute from a CRA, a furnisher has 5 mandatory duties it must perform within 30 days:

> (1) to conduct "an investigation" with respect to the disputed information;
> (2) to "review all relevant information" provided by the credit reporting agency;
> (3) to "report the results of its investigation" back to the credit reporting agency;
> (4) if the investigation finds the existing information is incomplete or inaccurate, to report back those results to each of the consumer reporting agencies to whom the furnisher originally communicated information about the consumer; and
> (5) to "modify, . . .delete. . .or. . .permanently block" the reporting of any item of information found to be inaccurate, incomplete, or which cannot be verified as accurate after a reinvestigation. 15 U.S.C. § 1681s-2(b)(1).

**27**.   In §1681s-2(b) duties arise only after a furnisher receives notice of dispute from a CRA. Notice of a dispute to a furnisher by a consumer directly does *not* trigger a furnisher's duty to reinvestigate under §1681s-2(b). The consumer must dispute to a CRA, which, in turn, forwards the dispute to the furnisher. This indirect "filtering" mechanism must be followed by a consumer to give rise to a

[Type here]

[Type here]

duty of investigation *under the FCRA* to the furnisher. A furnisher need not honor a dispute received directly from the consumer, whether oral or written, under the FCRA. Such a dispute, it should be noted, likely does create a legal obligation under §1692g(b) of the FDCPA which Plaintiffs served upon defendants ASC and WELLS FARGO COMPANY.

**28**. Plaintiffs notified defendants ASC and WELLS FARGO COMPANY of its dispute by mail and by filing a "Notice of Dispute" in SUPERIOR COURT JUDICIAL DISTRICT OF STAMFORD/NORWALK. Defendants ASC and WELLS FARGO COMPANY also received notice from the three major credit reporting agencies Equifax, Experian and Transunion.  Notified of a dispute from (5) separate sources, defendants intentionally chose not to delete information found to be inaccurate and erroneous, and or failed to properly investigate Plaintiff's disputes.

**29.**    Plaintiffs have suffered significant economic harm and overall family instability as a result of defendants' erroneous credit reporting and failure to verify and or validate the alleged debt. Plaintiffs are entitled to all applicable damages for defendants' negligent/non-compliant actions and for those creditors who denied Plaintiffs credit based on deteriorated credit scores and credit worthiness.

**30.** Plaintiff alleges that defendants failed to conduct a proper and lawful reinvestigation pursuant to 15 USC 1681s-2(b) and that at all relevant times defendants ASC and WELLS FARGO COMPANY failed to maintain and follow reasonable procedures to assure maximum possible accuracy of Plaintiffs' credit report.

[Type here]

[Type here]

**31.** Therefore, pursuant to 15 U.S.C.§1681(n), and 15 USC§1681(o), Plaintiff(s) request judgment against Defendant(s) USBNA, ASC and WELLS FARGO COMPANY for actual damages, punitive damages, compensatory damages and statutory damages of $1000.00, attorney fees, and costs.

## THIRD CAUSE OF ACTION
## INVASION OF PRIVACY

**32.** Paragraphs 1-35 are re-alleged as though fully set out herein.

**33.** Defendants ASC and WELLS FARGO COMPANY are debt collectors and have no contractual relationship with Plaintiffs.

**34.** Defendants ASC and WELLS FARGO COMPANY illegally obtained Plaintiff's consumer credit report(s). Defendants ASC and WELLS FARGO COMPANY are not creditors; therefore the illegal obtaining of Plaintiffs consumer **credit** reports constitutes a Tort claim for Invasion of Privacy.

**35.** Plaintiff's right to privacy are also an enumerated state and federal Constitutional right. Plaintiff has been damaged in that their proprietary, confidential, and most personal information was unlawfully and illegally breached by defendants ASC and WELLS FARGO COMPANY. Most importantly, Plaintiff is concerned with the fact that Plaintiffs "**did not**" provide their social security number(s) to the defendants ASC and WELLS FARGO COMPANY. Plaintiff supports this assertion by the mere fact that no credit application or services was applied for nor received.

[Type here]

[Type here]

**36.**     Whether negligent or intentional, Defendant USBNA knew and or should have known of the persistent misconduct of its incompetent employees, agents, attorney debt collectors, and debt collection agency whom they hired to engage in the illegal and unlawful collection of an alleged debt.  Defendants were simply allowed and or encouraged to engage in conduct that clearly violated numerous state and federal laws which protect the consumer from deceptive and abusive debt collecting practices.  Defendants USBNA, ASC and WELLS FARGO COMPANY are     responsible and liable to the Plaintiff(s) for the substantial injuries and damages incurred due to defendant(s) repeated bad faith dealings in regards to the reporting and collection of an alleged debt.

**37.**  Therefore  Plaintiffs  request  applicable  damages  for  actual,  punitive, consequential, and compensatory damages in an amount determine at trial, or by the court.

Dated: December 7, 2014

BY: _____

Jeffery Gallaher, *Plaintiff*

(203)524-1467

28 Westover Rd

Stamford CT 06902

[Type here]

# EXHIBIT A

**(Assignment within Motion to Substitute Party Plaintiff)**

| | | |
|---|---|---|
| DOCKET NO. FST-CV-10-6003384-S | : | SUPERIOR COURT |
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-BNC3 | : | JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| V. | : | AT STAMFORD |
| ROSA DAVIS GALLAHER, *ET AL.* | : | JULY 05, 2013 |

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

Proceeding pursuant to Practice Book Section 9-16, the Plaintiff, US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-BNC3, hereby respectfully represents that this action was brought in the name of US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-BNC3.

The Plaintiff should be reflected as U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-BNC3 as an Assignment of Mortgage was received by U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-BNC3 from the original Mortgagor, Mortgage Electronic Registration Systems, Inc., as Nominee for BNC Mortgage, Inc. A copy of said recorded Assignment of Mortgage is attached hereto as Exhibit A.

Wherefore, the undersigned moves that U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates,

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

THIS LAW FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.



VOL 12469 PG 341
RECORDED 04/30/2012  10:21:19 AM
DONNA M LOSH ISCG
CITY & TOWN CLERK  STAMFORD CT
BLOCK

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9999-018
PO BOX 1629
MINNEAPOLIS, MN 55440-9790

3102

## CORPORATE ASSIGNMENT OF MORTGAGE

"GALLAHER"

MERS #: 1001222008824679 SIS #: 1-888-679-6377

Date of Assignment: April 24th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BNC MORTGAGE, INCORPORATED, ITS SUCCESSORS AND ASSIGNS at BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST STE C., DANVILLE, IL 61834
Assignee: US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BNC3 at 52 LIVINGSTON AVENUE, ST.

Executed By: JEFFERY A. GALLAHER AND ROSA DAVIS GALLAHER  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BNC MORTGAGE, INCORPORATED, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 06/23/2006 Recorded: 06/29/2006 in Book/Reel/Liber: 08512 Page/Folio: 0166 as Instrument No.: 2006015175 in Stamford City, State of Connecticut.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $572,500 with interest, secured thereby, with all moneys now due or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BNC MORTGAGE, INCORPORATED, ITS SUCCESSORS AND ASSIGNS
On  04/25/12

By: _Kelley Butikofer_
Kelley Butikofer
Assistant Secretary

WITNESS                                          WITNESS

_April Kelley_                                   _Natasa Korbasou_

*CGLT9GD5FRBEPWD5GTC0 11-240 ZWP6REINC*AFERACIBNBRCC9B90D049 C9/C1_SCNBF/C1STATE_MGRC_ASSIGN_ASSN **TRUAPENF

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF Minnesota
COUNTY OF Dakota

On 04/25/12, before me, David Hong Liu, a Notary Public in Dakota County in the State of Minnesota, personally appeared Kelley Butikofer, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

David Hong Liu
Notary Expires: 1/31/17

NOTARY PUBLIC-MINNESOTA
My Commission Expires
January 31, 2017

(This area for notarial seal)

# EXHIBIT B

## (Notice of Dispute)

## SUPERIOR COURT JUDICIAL DISTRICT OF STAMFORD/NORWALK

| | |
|---|---|
| **US BANK NATIONAL ASSOCIATION AS TRUSTEE** ) | DOCKET NO: FST-CV-11-10-6003384-S |
| *Alleged Plaintiff,* ) | **CONSUMER NOTICE OF DISPUTE OF DEBT** |
| *vs.* ) | |
| **ROSA D. GALLAHER Et Al;** ) | |
| *Defendant in Error* ) | |

JEFFERY and ROSA GALLAHER, pursuant to 15 USC§1692g, Fair Debt Collection Practices Act ("FDCPA") do hereby dispute the alleged debt Plaintiff claims in the above titled matter. This Notice shall be deemed a request/demand for "verification" and debt validation as defined by 15USC 1692(g) (1)(2)(5)(b), and Connecticut Fair Debt Collection Practices Act § 36a-645 to 36a-648.

Defendants JEFFERY and ROSA GALLAHER specifically dispute the identity of the true owner (if any) of this alleged debt, the alleged amount due and owing, all signatures appearing on Plaintiff's unauthenticated hearsay documents, and the Plaintiffs alleged authority and capacity to collect and or sue on behalf of the same. Alleged Plaintiff is a "debt collector" as defined by 15 USC§1692a (6). Defendants JEFFERY AND ROSA GALLAHER are "consumers" as defined by 15 USC§1692a (3). Plaintiff US BANK NATIONAL ASSOCIATION AS TRUSTEE is attempting to collect a "household debt" a term defined by 15 USC§1692a (5).

Lastly, Defendants reviewed their consumer **credit** reports and discovered alleged Plaintiff WELLS FARGO/AMERICA SERVICING COMPANY is reporting an alleged mortgage debt account. I **request** Plaintiff to delete the *inaccurate information immediately pursuant to 15 USC§1681 et, al.* *Parties must completely comply with requests in a timely manner.* Failure to  provide the above documentation will result in Defendants JEFFERY and ROSA GALLAHER filing a counterclaim for damages incurred.

Dated: _January 29ᵗʰ 2014_

All Rights Reserved

_____
Jeffery Gallaher, Defendant

NOTARY ACKNOWLEDGEMENT

STATE OF Connecticut )

COUNTY OF Fairfield )ss.:

Sworn to on this 27ᵗʰ day of January, 2014

_____
Notary Public

Marina Garcia
Notary Public-Connecticut
My Commission Expires
8/28/18

# EXHIBIT C

## (Affidavit of Debt)

DOCKET NO. FST-CV-10-6003384-S : SUPERIOR COURT

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED : JUDICIAL DISTRICT OF
ASSET INVESTMENT LOAN TRUST, 2006-BNC3 [U.S. BANK NATIONAL STAMFORD/NORWALK
ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN
TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BNC3 -
SUBSTITUTED PLAINTIFF]
V.

: AT STAMFORD

ROSA DAVIS GALLAHER, ET AL

## AFFIDAVIT OF DEBT

I, Kelly Cornelious, being over the age of eighteen years and understanding the obligations of an oath, hereby depose and say:

1. Affiant is Vice President Loan Documentation, of Wells Fargo Bank, NA as servicing agent for U.S. Bank National Association. as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-BNC3, servicing agent for Plaintiff (hereinafter "Wells Fargo"), for the mortgage loan that is the subject of the above-styled action.  In the regular performance of my job functions, I am familiar with business records maintained by Wells Fargo for the purpose of servicing mortgage loans.  These records (which include data compilations, electronically imaged documents, and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are made and kept in the course of business activity conducted regularly by Wells Fargo.  It is the regular practice of Wells Fargo's mortgage servicing business to make these records.  In connection with making this affidavit, I have acquired knowledge of the matters stated herein by examining these business records.

2. This is an action to foreclose a mortgage securing a debt owed by Rosa Davis Gallaher and Jeffery A. Gallaher which is evidenced by a Promissory Note (the "Note") dated 05/23/2006 in the original principal amount of $579,500.00 (the "Loan").

U.S. Bank National Association. as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-BNC3 is in possession of the Note. The Note was indorsed in blank.

4. I confirm that the U.S. Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-BNC3 was in possession of the Note prior to 01/21/2010.

001-CT-V4

The total amount due the Plaintiff on said Note through 09/29/2013 is $793,950.04 which breaks down as follows:

| | |
|---|---|
| Principal | $571,308.72 |
| Interest | |
| From 09/01/2009 to 10/15/2013@7.50% | $176,606.81 |
| Pre-acceleration Late Charges | $424.19 |
| Hazard Insurance Disbursements | $20,945.00 |
| Tax Disbursements | $33,665.82 |
| Property Inspections/Preservation | $652.50 |
| PMI\MIP Insurance | $0.00 |
| Other   (specify charges/fees) | $0.00 |
| | |
| Escrow Balance Credit | $0.00 |
| Credits to Borrower | $0.00 |
| | |
| Total | $793,950.04 |

Per diem interest in the amount of $117.39 will accrue on the principal from 10/15/2013

5.      I am informed and believe that there are no setoffs or counterclaims presently pending in the above-entitled action.

_[signature]_

Kelly Cornelious-Vice President Loan Documentation
Wells Fargo Bank, N.A.
11/01/13

State of North Carolina
County of Mecklenburg

The foregoing instrument was sworn to and subscribed before me this 1st day of
November 2013 by Kelly Cornelious _, who is personally
known to me.

_Renea Holley_
_Renea Holley_

Renea Holley
NOTARY PUBLIC
Mecklenburg County, NC
My Comm. Expires 9-29-2015

NOTARY PUBLIC, State of North Carolina

My commission expires: 9/29/2015



Hunt Leibert Jacobson, P.C.

Hartford & Fairfield, Connecticut

50 Weston Street
Hartford, CT 06120
Telephone: (860) 808-0606

December 4, 2013

Rosa D. Gallaher
Jeffrey A. Gallaher aka
28 Highgate Road
Stamford, CT. 06902

Re:     US BANK AS TRUSTEE v. GALLAHER, ROSA D. AND JEFFREY A., ET AL
        Docket No.:   FST-CV-10-6003384-S

To Whom It May Concern:

        Enclosed please find a copy of the Affidavit of Debt filed today in connection with the above action.

                                        Very truly yours,

                                        HUNT LEIBERT JACOBSON, P.C.

                                By:     Debbie D. Finnara

PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT COLLECTOR.  WE ARE
ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE.  HOWEVER, IF YOU ARE IN BANKRUPTCY OR
RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS COMMUNICATION IS
NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS
NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL
PROPERTY.

# EXHIBIT D

## (Credit Report Dispute Results)



Prepared for: **JEFFERY GALLAHER**
Date: **February 17, 2014**
Report number: **1036-9526-34**

Page 1 of 12

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

Deleted - This item was removed from your credit report
Remains - This item was not changed as a result of our processing of your dispute
Updated - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you
Processed - This item was either updated or deleted; review this report to learn its outcome

### Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
|---|---|
| AMERICAS SERVICING CO 106110021.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

### What's your credit s

Find out by ordering y
VantageScore® from |
for only $7.95. To ord
1 888 322 5583.

By law, we cannot dis
certain medical inform
(relating to physical, n
or behavioral health o
condition). Although w
generally collect such
information, it could a
the name of a data fu
(i.e. "Cancer Center")
reports your payment
to us. If so, those nan
display on your report
reports to others, they
only as MEDICAL PA'
DATA. Consumer stat
included on your repo
request that contain m
information are disclo
others.

Scan me with your smart phone
for special offers from Experian.

PO Box 9701
Allen, TX 75013

0.0024 0 4  02 MB 0.432  **AUTO  5 0 7042 06902-192428  -C02-P02406-I
JEFFERY GALLAHER
28 WESTOVER ROAD
STAMFORD CT 06902-1924



Prepared for: **JEFFERY GALLAHER**
Date: **February 17, 2014**
Report number: **1036-9526-34**

Page 3 of 12

Your accounts that may be considered negative (continued)

### ■ Credit items

**WELLS FARGO HOME MORTGAGE**
PO BOX 10328
DES MOINES IA 50306
**Phone number**
(800) 842 7654
**Partial account number**
106110021....
**Address identification number**
0010958956
**Mortgage Identification Number**
100122200002644679

**Date opened**
Jun 2006
**First reported**
Feb 2007
**Date of status**
Feb 2014

**Type**
Mortgage
**Terms**
30 Years
**Monthly payment**
$4,865

**Credit limit or original amount**
$579,500
**High balance**
Not reported

**Recent balance**
$571,308 as of Feb 2014

**Responsibility**
Joint with
GALLAHER ROSA DAVIS
**Status**
Foreclosure proceedings started. $255,320 past due as of Feb 2014.
This account is scheduled to continue on record until Feb 2016.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
**Comment:**
Foreclosure proceedings started.
This item was updated from our processing of your dispute in Feb 2014.

**Payment history**

| 2014 | | | | | | | | | | | | 2013 | | | | | | | | | | | | 2012 | | | | | | | | | | | | 2011 | | | | | | | | | | | | 2010 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP

AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

AB = Account balance ($)  DPR = Date payment received  = Scheduled payment amount ($)  AAP = Actual amount paid ($)

| | Jan14 | Dec13 | Nov13 | Oct13 | Sep13 | Aug13 | Jul13 | Jun13 | Apr13 | Mar13 | Feb13 | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Aug12 | Jul12 | Jun12 | May12 | Apr12 | Mar12 | Feb12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 | 571,308 |
| DPR | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 | Oct20 |
| | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 | 4,865 |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

▶ The original amount of this account was $579,500

# EQUIFAX

## CREDIT FILE : February 18, 2014
## Confirmation # 4030030260



000271

001591656-271
Jeffery A Gallaher
28 Westover Rd
Stamford, CT 06902-1924

P. O. Box 105518
Atlanta, GA 30348

Dear Jeffery A Gallaher:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file.  If you have additional questions regarding the reinvestigated items, please contact the source of that information directly.  You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm  Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

### The Results Of Our Reinvestigation

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *)
(This section includes open and closed accounts reported by credit grantors)

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

>>> **We have researched the credit account.  Account # - 106110021*  The results are:** This creditor has verified to OUR company that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **America's Servicing, 8480 Stagecoach Cir, Frederick MD 21701-4747 Phone: (800) 842-7654**

**America's Servicing**   8480 Stagecoach Cir

| Account Number | | Date Opened | High Credit | | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classfication | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106110021* | | 06/18/2006 | $579,500 | | $0 | | 30Y | Monthly | | 85 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del, 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/18/2014 | $571,308 | $250,525 | 10/2009 | $0 | $4,865 | 05/2009 | | | $0 | | $0 | | |

Status - Collection Account; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Foreclosure Process Started; Real Estate Mortgage;

**Account History with Status Codes**

| 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |

| 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 05/2010 | 04/2010 | 03/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 |

| 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 3 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( End Of Report )

4030030260APPLADM-001591656- 271 - 6404



*** 327184646-000 ***
P.O. Box 2000
Chester, PA 19022-2000



02/20/2014   Trans**Union.**

P3CAHY00202671-I018559-298217004

ılılılılılılıllıllıllıllıllıllıllıllıllıllıllıl

JEFFERY A. GALLAHER
28 WESTOVER RD
STAMFORD, CT 06902-1924

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing **in your** credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-wo**rd sta**tement to your report. If you provide a consumer statement that contains medical information related to service **prov**iders or medical procedures, then you expressly consent to TransUnion including this information in every credit rep**ort we** issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation **was** conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://**trans**union.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| AMERICAS SERVICING CO | # 106110021**** | NEW INFORMATION BELOW |

**-Begin Credit Report-**

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**AMERICAS SERVICING CO** #106110021**** ( POB 10328, DES MOINES, IA 50306-0328, (800) 842-7654 )

| | | | |
|---|---|---|---|
| Date Opened: | 06/28/2006 | Balance: | $571,308 |
| Responsibility: | Joint Account | Date Updated: | 02/19/2014 |
| Account Type: | Mortgage Account | Payment Received: | $0 |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | Last Payment Made: | 10/19/2009 |
| | | High Balance: | $579,500 |
| | | Past Due: | >$255,320< |

Pay Status: >Account 120 Days Past Due Date<
Terms: $4,865 per month, paid Monthly for 360 months
>Maximum Delinquency of 120 days in 02/2010 for $24,063 and in 02/2014 for $255,320<

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; >FORECLOSURE INITIATED<

Estimated month and year that this item will be removed: 04/2016

| | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | X | 120 | 120 | 120 |

| | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | X | X | X | X | 120 | 120 | 120 | 120 | 90 | 60 | 30 | 30 |

| | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | X |

| | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**- End of investigation results -**

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

**-End of Credit Report-**