## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JEFFERY GALLAHER and ROSA GALLAHER** | :<br>:<br>: NO. 3:14-cv-01877-VLB<br>: |
| **v.** | :<br>: |
| **US BANK NATIONAL ASSOCIATION AS TRUSTEE, WELLS FARGO & COMPANY, and AMERICA'S SERVICING COMPANY** | :<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come before the Court on a motion for summary judgment filed by defendant Wells Fargo & Company (with America's Serving Company as a division), before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision granting defendants' motion; all claims against defendant US Bank National Association as Trustee were previously dismissed with prejudice on March 22, 2016; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendants.

Dated at Hartford, Connecticut, this 19th day of May, 2017.

ROBIN D. TABORA, Clerk

By  /s/JJS
Jeremy J. Shafer
Deputy Clerk

EOD: 05/19/2017